UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:05CR284 HEA |
|  | ) |  |
| BILLY J. FORD, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**<u>AMENDED ORDER</u>**

This matter comes before the Court upon Defendant's Motion to Continue Trial Date [Doc. #24] and Waiver of Speedy Trial [Doc. #22]. Government's counsel has consented to this motion.

This Court, upon careful consideration of the motion of Defendant Billy Ford, and on review of the record, finds that the ends of justice would best be served by continuing the trial setting as to Defendant Billy Ford to <u>August 28, 2006</u>, and that a continuance of these proceedings outweighs the best interest of the public and the defendant in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant Billy Ford has filed with this Court a signed Waiver of Speedy Trial under the Speedy Trial Act, 18 U.S.C. §3161, agreeing to the continuance of the trial date.

Concluding that the administration of justice will best be served by continuing this case, the Court will reset trial in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED**, that the trial setting of June 26, 2006, as to Defendant Billy Ford is **VACATED**, and that the trial is **RESET** to August 28, 2006, at 9:30 a.m.

Dated this 12th day of June, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE